UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA AUGUSTINE,

Plaintiff,

Case No. 26-cv-13329
Hon. Matthew F. Leitman

v.

FEDERAL EXPRESS CORPORATION,
successor by merger to FedEx Ground
Package System, Inc.,

Defendant.

______________________________________/

**ORDER FOR FACILITATION**

The Court orders the parties to engage in facilitation with retired Judge Gerald Rosen. The facilitator's fees and expenses will be shared equally between Plaintiff and Defendant. The facilitator will determine the date and time of meetings and will be authorized to require the in-person attendance of decision-makers and counsel. The parties are ordered to otherwise proceed in accordance with Local Rule 16.4. This case will be stayed until further order of the Court. Any due date for a response to the Complaint, if applicable, is suspended until further order of the Court, as is the requirement for the appearance of local counsel, if one has not yet appeared. It is anticipated that other cases in this district that involve similar claims against

Defendant will participate in the facilitation as part of a district-wide effort at resolution of these cases.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 29, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 29, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126